No. 00–492. ALABAMA *v.* BOZEMAN. Sup. Ct. Ala. Certiorari granted limited to Question 1 presented by the petition. ▮

No. 00–5961. TYLER *v.* CAIN, WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. ▮

No. 99–10205. HOULIHAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮

No. 00–327. TANKLEFF *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.; and
No. 00–519. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. *v.* TANKLEFF. C. A. 2d Cir. Certiorari denied.

No. 00–359. LOCAL 702, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 00–516. UNITED STATES EX REL. STEVENS *v.* EAST ALABAMA HEALTHCARE AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 00–528. TAYLOR FORGE STAINLESS, INC., ET AL. *v.* VIACOM INTERNATIONAL, INC. C. A. 2d Cir. Certiorari denied. ▮

No. 00–529. MEDICAL MANAGEMENT SCIENCES, INC. *v.* MEDICAL BILLING, INC., ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 00–538. GRIEST ET VIR *v.* CANEPA ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 00–542. ABKCO MUSIC, INC. *v.* LAVERE, DBA KING OF SPADES MUSIC, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 00–546. TORPHARM, INC. *v.* GENPHARM, INC., ET AL. C. A. Fed. Cir. Certiorari denied. ▮